# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHRISTOPHER PETERSON )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>1. BOARD OF COUNTY COMMISSIONERS )<br>   OF LEFLORE COUNTY, OKLAHOMA, )<br>2. KENDALL MORGAN, )<br>3. JASON TIMMS, )<br>4. TYLER RAGAN, )<br>5. LEFLORE COUNTY SHERIFF, In His )<br>   Official Capacity, )<br>   )<br>   Defendants. )<br>   )<br>   )<br>   ) | 19-cv-376-RAW<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' BOARD OF COUNTY COMMISSIONERS OF LEFLORE COUNTY AND THE SHERIFF OF LEFLORE COUNTY, in his official capacity, WITNESS LIST

COMES NOW, Defendants Board of County Commissioners of LeFlore County and the Sheriff of LeFlore County, in his official capacity, pursuant to this Court's Amended Scheduling Order dated September 4, 2020 (Doc. 52), and submits the following Witness List in this matter:

| No. | Name | Expected Testimony |
|---|---|---|
| 1. | Kendall Morgan<br>c/o Jim Gibbs<br>Goolsby, Proctor, Heefner & Gibbs, P.C.<br>701 N. Broadway Avenue, Suite 400<br>Oklahoma City, OK 73102-6006 | Is the former Undersheriff; will testify regarding his knowledge of the incident at issue in this case; will testify regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; will testify regarding his knowledge of and interactions with the Plaintiff. |
| 2. | Tyler Ragan<br>c/o Jim Gibbs | Is a former Deputy Sheriff; will testify regarding his knowledge of the incident at issue in this case; will testify |

|    |                                                                                                                                                               |                                                                                                                                                                                                                                                                                                                                                                                                                   |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Goolsby, Proctor, Heefner & Gibbs, P.C. 701 N. Broadway Avenue, Suite 400 Oklahoma City, OK 73102-6006                                                        | regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; will testify regarding his knowledge of and interactions with the Plaintiff.                                                                                                                                                                                                                               |
| 3. | Rob Seale c/o Michael L. Carr COLLINS, ZORN & WAGNER, P.C. 429 N.E. 50th Street, 2nd Floor Oklahoma City, OK 73105-1815                                       | Is the former Sheriff for LeFlore County; will testify to refute the allegations in this case; will testify regarding his knowledge of the incident at issue in this case; will testify regarding his training and experience in law enforcement; will testify regarding his knowledge of and interactions with the Plaintiff; will testify regarding the LCSO's policies and procedures in effect at the time of the incident at issue. |
| 4. | Jason Timms c/o Jim Gibbs Goolsby, Proctor, Heefner & Gibbs, P.C. 701 N. Broadway Avenue, Suite 400 Oklahoma City, OK 73102-6006                              | Is a former Deputy Sheriff; will testify regarding his knowledge of the incident at issue in this case; will testify regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; will testify regarding his knowledge of and interactions with the Plaintiff.                                                                                                         |
| 5. | Sheriff Rodney Derryberry c/o Michael L. Carr COLLINS, ZORN & WAGNER, P.C. 429 N.E. 50th Street, 2nd Floor Oklahoma City, OK 73105-1815                       | Is the current Sheriff of LeFlore County; will testify as to the current policies and procedures and customs and practices of the LeFlore County Sheriff's Office if necessary.                                                                                                                                                                                                                                   |
| 6. | Terry Winn 900 NW 3rd Spiro, OK 74949                                                                                                                         | Is a former Deputy Sheriff; may testify regarding his knowledge of the incident at issue in this case; may testify regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; may testify regarding his knowledge of and interactions with the Plaintiff.                                                                                                           |
| 7. | Andrew Bevel Address unknown                                                                                                                                  | Is a former Deputy Sheriff; may testify regarding his knowledge of the incident at issue in this case; may testify regarding his training and experience in law                                                                                                                                                                                                                                                   |

2

| | | |
|---|---|---|
| | | enforcement and in re the LCSO's policies and procedures; may testify regarding his knowledge of and interactions with the Plaintiff. |
| 8. | Cody Edwards<br>41679 Tiffe Rd.<br>Howe, OK 74940<br>(918) 839-6522 | Is a former Deputy Sheriff; may testify regarding his knowledge of the incident at issue in this case; may testify regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; may testify regarding his knowledge of and interactions with the Plaintiff. |
| 9. | Donnie Edwards<br>41627 Tiffe Road<br>Howe, Oklahoma 74940<br>(918) 413-4201 | Is a former Deputy Sheriff and the former Sheriff; may testify regarding his knowledge of the incident at issue in this case; may testify regarding his training and experience in law enforcement and in re the LCSO's policies and procedures; may testify regarding his knowledge of and interactions with the Plaintiff. |
| 10. | Christopher Peterson<br>c/o SMOLEN, SMOLEN & ROYTMAN, PLLC<br>701 Cincinnati Ave.<br>Tulsa, OK 74119 | Plaintiff; deposed. |
| 11. | Tabitha West<br>705 Carter Street<br>Poteau, OK | Will testify regarding the events of May 14, 2018. |
| 12. | Plaintiff's medical care providers | |
| 13. | Plaintiff's mental health care providers | |

3

| | | |
|---|---|---|
| 14. | All witnesses whose identities are determined during the course of discovery | |
| 15. | All witnesses listed by all other parties, whether called or not | |
| 16. | This list will be supplemented during discovery or as otherwise required by the Federal Rules of Civil Procedure or the Court's Scheduling Order | |

Respectfully submitted,

s/ Michael L. Carr
Michael L. Carr, OBA No. 17805
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email:   mlc@czwlaw.com
             acg@czwlaw.com

ATTORNEY FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF LEFLORE
COUNTY AND THE SHERIFF OF
LEFLORE COUNTY, IN HIS OFFICIAL
CAPACITY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
*Attorneys for Plaintiff*

James L. Gibbs
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway, Suite 400
Oklahoma City, Oklahoma 73102
JGibbs@gphglaw.com
*Attorney for Defendants Kendall Morgan*
 *and Tyler Ragan*

               s/ Michael L. Carr
               Michael L. Carr