## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHRISTOPHER PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 19-cv-376-RAW |
| v. | ) | |
| | ) | |
| 1. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LEFLORE, a political subdivision of the State of Oklahoma; | ) | |
| 2. KENDALL MORGAN, personally and in his official capacity; | ) | |
| 3. JASON TIMMS, personally and in his official capacity; and | ) | |
| 4. TYLER RAGAN, personally and in his official capacity; and | ) | |
| 5. SHERIFF ROB SEALE, in his official capacity, | ) | |
| Defendants. | ) | |

## STATUS REPORT TO THE COURT

COMES NOW the Defendant Kendall Morgan, and pursuant to the Order of the Court dated December 28, 2021 [Doc. 134], would advise the Court as follows:

1.    Counsel for Morgan has remained in contact with U.S. Attorney Jarrod Leaman, the prosecutor conducting the investigation into Morgan. Leaman, however, has provided no new information regarding the criminal investigation of Morgan by his office or the grand jury, other than the investigation is ongoing.

2.    If the Court has any questions regarding the investigation, Leaman stated that he would be agreeable to speaking directly with the Court.

WHEREFORE, Defendant Kendall Morgan respectfully submits this Status Report to the Court, as directed.

Respectfully submitted,

/s/David Proctor
David Proctor, OBA 13863
Seth D. Coldiron, OBA #20041
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK  73102-6006
(405) 524-2400; (405) 525-6004 (F)
dproctor@gphglaw.com
scoldiron@gphglaw.com
***Attorneys for Defendants, Kendall Morgan,
Jason Timms and Tyler Ragan***

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Daniel E. Smolen<br>Robert M. Blakemore<br>SMOLEN, SMOLEN & ROYTMAN, PLLC<br>701 Cincinnati Ave.<br>Tulsa, OK 74119<br>(918) 585-2667/(918) 585-2669 (F)<br>danielsmolen@ssrok.com<br>bobblakemore@ssrok.com<br>***Attorneys for Plaintiff*** | Michael L. Carr<br>Collins, Zorn & Wagner, PC<br>429 N.E. 50th Street, Second Floor<br>Oklahoma City, OK 73105-1815<br>(405) 524-2070/(405) 524-2078 (F)<br>mlc@czwlaw.com<br>***Attorney for Defendants, Board of County Commissioners of LeFlore County and The Sheriff of LeFlore County, in his official capacity*** |

/s/David Proctor